IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

---

NINA L. CHURCH,
    Plaintiff,

v.                                                       1:17CV10

GLAXOSMITHKLINE LLC,
    Defendant.

---

BRAIN L. RICE,
    Plaintiff,

v.                                                         1:17CV11

GLAXOSMITHKLINE LLC,
    Defendant.

---

JONATHAN D. WHITE,
    Plaintiff,

v.                                                         1:17CV13

GLAXOSMITHKLINE LLC,
    Defendant.

---

VIRGINIA D. SCHMITH,
    Plaintiff,

v.                                                         1:17CV223

GLAXOSMITHKLINE LLC,
    Defendant.

---

AMY T. HEATH,
    Plaintiff,

v.                                                         1:17CV225

GLAXOSMITHKLINE LLC,
    Defendant.

---

JENNIFER S. CRONIN,
    Plaintiff,

v.                                                         1:17CV226

GLAXOSMITHKLINE LLC,
    Defendant.

---
JOHN F. NORRIS,
   Plaintiff,
  v.              1:17CV228

GLAXOSMITHKLINE LLC,
   Defendant.
---
TRACY C. WEEKS,
   Plaintiff,
  v.              1:17CV229

GLAXOSMITHKLINE LLC,
   Defendant.
---
JENNIFER L. CLARK,
   Plaintiff,
  v.              1:17CV246

GLAXOSMITHKLINE LLC,
   Defendant.
---
TIMOTHY J. SAMPSON,
   Plaintiff,
  v.              1:17CV247

GLAXOSMITHKLINE LLC,
   Defendant.
---
ANGELEAN O. HENDRIX,
   Plaintiff,
  v.              1:17CV248

GLAXOSMITHKLINE LLC,
   Defendant.
---
DANIELE OUELLET,
   Plaintiff,
  v.              1:17CV249

GLAXOSMITHKLINE LLC,
   Defendant.

---------------------------------------------------------------
SARAH T. KAVANAGH,
        Plaintiff,
    v.                                                                               1:17CV250

GLAXOSMITHKLINE LLC,
        Defendant.
---------------------------------------------------------------
STEWART RANDALL AUSTIN,
        Plaintiff,
    v.                                                                               1:17CV264

GLAXOSMITHKLINE LLC,
        Defendant.
---------------------------------------------------------------
WENDY E. SENSE,
        Plaintiff,
    v.                                                                               1:17CV265

GLAXOSMITHKLINE LLC,
        Defendant.
---------------------------------------------------------------
ALOK KRISHEN,
        Plaintiff,
    v.                                                                               1:17CV283

GLAXOSMITHKLINE LLC,
        Defendant.
---------------------------------------------------------------
BARRY R. ASHBY,
        Plaintiff,
    v.                                                                               1:17CV284

GLAXOSMITHKLINE LLC,
        Defendant.
---------------------------------------------------------------
LORI L. HALL,
        Plaintiff,
    v.                                                                               1:17CV286

GLAXOSMITHKLINE LLC,
        Defendant.

```
---------------------------------------------------------------
JENNIFER A. NEWTON,
                Plaintiff,
        v.                                              1:17CV287

GLAXOSMITHKLINE LLC,
                  Defendant.
---------------------------------------------------------------
DEBORAH K. YOUNG,
                Plaintiff,
        v.                                              1:17CV333

GLAXOSMITHKLINE LLC,
                  Defendant.
---------------------------------------------------------------
```

## **ORDER**

This matter is before the Court on the Parties' Consent Motion to Consolidate All Current and Future Related Cases For Purposes of Discovery. The Court finds good cause to consolidate all of the cases captioned above for discovery purposes. The Court notes, however, that if future related cases are filed and the Parties want to include the new cases in the consolidated case for discovery purposes, a Motion to Consolidate should be filed in each newly-filed case so that the docket is clear. In addition, so that the dockets are clear, the Court directs as follows:

- Because the cases are presently being consolidated only for purposes of discovery, they will remain separate cases, and the case caption for each separate case should be included on all consolidated filings. The Parties are directed to caption their filings with all of the case names and numbers as set out above. If any newly-filed cases are added to the consolidated case for discovery purposes, the headings for the newly-filed cases should be added to the caption.

- However, consolidated filings need only be made on the ECF docket for the first case, 1:17CV10. For each of the other related cases included in this consolidation, the Clerk's office will enter a docket entry with today's date, noting that the case has been consolidated with 1:17CV10 for purposes of discovery, and directing that all consolidated filings are to be made only in 1:17CV10 until the Court orders otherwise.

**IT IS THEREFORE ORDERED** that the Motion to Consolidate is GRANTED to the extent that all of the cases captioned above are consolidated for purposes of discovery only, and any consolidated filings should include the caption for each case, but should only be filed on the ECF docket in case number 1:17CV10. The schedule previously set in the Court's April 20, 2017 Order in 1:17CV10 will apply to the consolidated case.

This, the 12th day of May, 2017.

/s/ Joi Elizabeth Peake
United States Magistrate Judge